**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**29913**
**09-MAR-2011**
**11:12 AM**

NO. 29913

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
JOSEPH CALARRUDA, V., Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CRIMINAL NO. 06-1-2300)

ORDER OF CORRECTION
(By: Reifurth, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order filed on March 7, 2011, is corrected as follows:

On the last page, in the date line, the date "March 9, 2011" is deleted and replaced with the date "March 7, 2011" so that it reads:

DATED:  Honolulu, Hawaii, March 7, 2011.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, March 9, 2011.

Associate Judge

---

[1]    Fujise, Presiding Judge, Reifurth and Ginoza, JJ.